# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

RHONDA S. HARMON,

          Plaintiff,

vs.

SOCIAL SECURITY ADMINISTRATION,

          Defendant.

Case No. 2:12-cv-01419-JCM-GWF

**ORDER**

This matter is before the Court on Plaintiff's Motion to Serve Party with Summons and Complaint (#14), filed December 27, 2012. Plaintiff requests the court issue a summons to the United States Attorney for the District of Nevada and deliver the summons and complaint to the U.S. Marshal for service. A return of service upon the United States Attorney of the Summons and Complaint was filed with the Court on January 16, 2013. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Serve Party with Summons and Complaint (#14) is **denied,** as moot.

DATED this 25th day of January, 2013.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge