AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

DISTRICT OF Nevada

Rhonda S. Harmon

Plaintiff,

V.

Michael J. Astrue

Defendant.

**JUDGMENT IN A CIVIL CASE**

Case Number: 2:12-cv-01419-JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☐ **Notice of Acceptance with Offer of Judgment.** A notice of acceptance with offer of judgment has been filed in this case.

IT IS ORDERED AND ADJUDGED

that Plaintiff Rhonda S. Harmon is awarded attorney fees in the amount of $2,800.00 and against Michael J. Astrue under the Equal Access to Justice Act. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel. This award is without prejudice to the rights of Marc V. Kalagian and/or the Law Offices of Rohlfing & Kalagian, LLP to seek Social Security Act attorney fees.

June 9, 2014

Date

/s/ Lance S. Wilson

Clerk

/s/ Shelly Denson

(By) Deputy Clerk